■ STATE OF NEW YORK, Respondent, v MARTIN HERZOG et al., Appellants.—Order and judgment (one paper), Supreme Court, New York County (Edith Miller, J.), entered on February 8, 1989, unanimously affirmed for the reasons stated by

Edith Miller, J., without costs and without disbursements. Concur—Murphy, P. J., Asch, Kassal and Rubin, JJ. *[See,* 164 AD2d 793.]